IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALI AL-MAQABLH, | : | |
| Plaintiff, | : | Case No. 1:11-cv-531 |
| vs. | : | JUDGE BECKWITH |
| UNIVERSITY OF CINCINNATI COLLEGE OF MEDICINE, et al., | : | MAGISTRATE JUDGE BOWMAN |
| Defendants. | : | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL OR REDACT SUMMARY JUDGMENT PAPERS, DEPOSITION TRANSCRIPTS AND DEPOSITION EXHIBITS

Defendant University of Cincinnati College of Medicine's Unopposed Motion for Leave to File Under Seal or Redact Summary Judgment Papers, Deposition Transcripts and Deposition Exhibits is GRANTED. The parties will manually file under seal with the Clerk portions of the deposition transcripts and deposition exhibits which are derived from "education records" protected from disclosure by the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g. The parties will electronically file their summary judgment papers in redacted form, redacting only FERPA-protected or otherwise confidential material, and manually file under seal with the Clerk unredacted versions of their summary judgment papers.

IT IS SO ORDERED.

*Stephanie K. Bowman*
Magistrate Judge Bowman